# EXHIBIT "A"

| | |
|---|---|
| **WHITE AND WILLIAMS LLP**<br>BY:  James D. Burger<br>        Douglas M. Weck<br>Identification No(s). 207170 and 316331<br>LibertyView \| 457 Haddonfield Road, Suite 400 \|<br>Cherry Hill, NJ 08002-2220<br>856.317.3656 and 856.317.3665<br>burgerj@whiteandwilliams.com<br>weckd@whiteandwilliams.com | Attorneys for Defendants,<br>Bob's Discount Furniture and<br>Bob's Discount Furniture LLC |

| | |
|---|---|
| RONICA CHAMBERS<br><br>                              Plaintiff,<br><br>            v.<br><br>BOB'S DISCOUNT FURNITURE, BOB'S DISCOUNT FURNITURE LLC c/o CT CORPORATION SYSTEM, ANY FURNITURE REPAIRS INC.<br><br>                              Defendants. | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>FEBRUARY TERM, 2021<br>NO. 002319 |

## STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Ronica Chambers and Defendants Bob's Discount Furniture and Bob's Discount Furniture LLC (collectively "Bob's Discount Furniture"), by and through their counsel, hereby stipulate that Bob's Discount Furniture has until April 23, 2021 to file a responsive pleading to Plaintiff's Complaint.

| | |
|---|---|
| CLEARFIELD & KOFSKY | WHITE AND WILLIAMS LLP |
| BY:___/s/_Adam E. Grutzmacher_____<br>     Adam E. Grutzmacher, Esquire<br>     Attorney for Plaintiff,<br>     Ronica Chambers | BY: _____<br>     James D. Burger, Esquire<br>     Douglas M. Weck, Esquire<br>     Attorneys for Defendant,<br>     Bob's Discount Furniture |

Dated:  March 23, 2021