## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONICA CHAMBERS, | : | Civil No. 1:21-CV-01188 |
| Plaintiff, | : | |
| v. | : | |
| BOB'S DISCOUNT FURNITURE, *et. al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 6th day of August, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. The motion to dismiss filed by Defendants Bob's Discount Furniture and Bob's Discount Furniture, LLC (Doc. 4) is **GRANTED**.

2. Plaintiff's claims against the moving Defendants are **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff may file an amended complaint on or before **August 26, 2021**.

4. If Plaintiff fails to file an amended complaint by the above date, this order shall operate to dismiss the claims against the moving Defendants with prejudice.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania