IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONICA CHAMBERS,** | : | **Civil No. 1:21-CV-1188** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **ANY FURNITURE REPAIRS, INC.** | : | |
| | : | |
| **Defendant** | : | |

## CASE MANAGEMENT ORDER

AND NOW this 6th day of October 2022, following a conference held this day with counsel, IT IS ORDERED that by **October 17, 2022**, counsel shall consult and confer and either: (1) notify the court if they are jointly interested in pursuing some form of binding arbitration in this case; or (2) provide the court with a revised case management plan setting a mutually convenient and agreeable schedule for discovery, dispositive motions and trial in this case.

*S/Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge